IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

MOUNT VERNON FIRE INSURANCE COMPANY,

    Plaintiff,

Versus                    Cause No. 1:16-cv-00089 SCY/WPL

JOE J. CORRIS, ELMO MONTOYA,
E.M.M.B., INC., CALLE PROPERTIES, LLC,
CHENAC, LLC, AND E&T PROPERTIES, LLC.,

    Defendants.

### NOTICE OF DISMISSAL OF PLAINTIFF'S COMPLAINT

Plaintiff, Mount Vernon Fire Insurance Co., through its counsel of record, Madison & Mroz, P.A., pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), hereby gives notice that it dismisses its Complaint for Declaratory Judgment, filed February 5, 2016, with prejudice.

                                       Respectfully submitted:

                                       Madison & Mroz, P.A.

                                       Gregory D. Steinman
                                       PO Box 25467
                                       Albuquerque, NM 87125-5467
                                       (505) 242-2177
                                       gds@madisonlaw.com
                                       *Attorney for Plaintiff*